**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **QUDRE MCMILLAN** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 22-670** |
| | : | |
| **KENNETH EASON, THE ATTORNEY** | : | |
| **GENERAL OF THE STATE OF** | : | |
| **PENNSYLVANIA, THE DISTRICT** | : | |
| **ATTORNEY OF BUCKS COUNTY** | : | |

## ORDER

**AND NOW**, this 18th day of August 2022, upon carefully considering the Petition for habeas corpus (ECF Doc. No. 1), the Response (ECF Doc. No. 10), Petitioner's Reply (ECF Doc. No. 11), Judge Heffley's well-reasoned Report and Recommendation (ECF Doc. No. 12), Petitioner's Objections to Judge Heffley's Report and Recommendation (ECF Doc. No. 17), and for reasons in the accompanying Memorandum confirming the untimeliness of the Petition with no valid basis for tolling, it is **ORDERED**:

1.   We **OVERRULE** the Petitioner's specific Objections (ECF Doc. No. 17) to Judge Heffley's Report and Recommendation (ECF Doc. No. 12);

2.   We **APPROVE** and **ADOPT** Judge Heffley's well-reasoned Report and Recommendation (ECF Doc. No. 12);

3.   We **DENY** and **DISMISS** the Petition for writ of habeas corpus (ECF Doc. No. 1);

4.   We agree with Judge Heffley as to no basis to grant a motion to amend the Petition nor to appoint counsel;

5.   We find no probable cause to issue a certificate of appealability; and,

6.      We direct the Clerk of Court to **close** this case.

_____
KEARNEY, J.