# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUDRE MCMILLAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 22-670** |
| | : | |
| **KENNETH EASON, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, THE DISTRICT ATTORNEY OF BUCKS COUNTY** | : : : : | |

# ORDER

**AND NOW**, this 24th day of April 2023, upon considering Petitioner's Motion (ECF Doc. No 24) to vacate our denial of habeas relief under Rule 60(b)(6), and for reasons in today's accompanying Memorandum, it is **ORDERED** Petitioner's Motion to vacate (ECF Doc. No. 24) is **DENIED**.

*[signature]*
**KEARNEY, J.**